# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

HENRY WILLIAMS,

    Plaintiff,

v.                                        CASE NO. 5:11-cv-00378-MP-GRJ

CULPEPPER, SIMMONS, SINCLAIR,

    Defendants.

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 28, 2012. (Doc. 43). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendant Culpepper's and Sinclair's Motion to Dismiss (Doc. 18) is GRANTED in part and DENIED in part. All of Plaintiff's claims against Defendant Culpepper are DISMISSED. Plaintiff's official capacity claims against Defendant Sinclair are DISMISSED. The only claims remaining in this case are the individual capacity claims against Defendants Simmons and Sinclair. .

**DONE AND ORDERED** this _27th_ day of March, 2013

                                                *s/Maurice M. Paul*
                                          Maurice M. Paul, Senior District Judge